## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ZACHARY FORT, NEW MEXICO SHOOTING SPORTS ASSOCIATION, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br>    *Plaintiffs*,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, individually and in her official capacity as the Governor of New Mexico, PATRICK M. ALLEN, individually and in his official capacity as the Cabinet Secretary for the New Mexico Department of Health; JASON R. BOWIE, individually and in his official capacity as the Cabinet Secretary of the New Mexico Department of Public Safety, and W. TROY WEISLER, individually and in his official capacity as the Chief of the New Mexico State Police,<br>    *Defendants*. | Civil Action No. 1:23-cv-00778<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs state as follows:

Plaintiff Firearms Policy Coalition, Inc. is a Delaware not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff Second Amendment Foundation is a Washington not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Plaintiff New Mexico Shooting Sports Association, Inc. is a New Mexico not-for-profit corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED: September 11, 2023

Respectfully Submitted,

**ARAGON MOSS
GEORGE JENKINS, LLP**


By:     */s/ Jordon P. George*
        Jordon P. George
        2201 Menaul Blvd NE
        Albuquerque, NM 87107
        (505) 872-3022
        (505) 214-5317 (facsimile)
        jordon@amgjlaw.com

        *Attorneys for Plaintiffs*