**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ZACHARY FORT, NEW MEXICO SHOOTING SPORTS ASSOCIATION, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,
    *Plaintiffs*,

v.

No. 1:23-cv-00778 DHU/LF

MICHELLE LUJAN GRISHAM, individually and in her official capacity as the Governor of New Mexico, PATRICK M. ALLEN, individually and in his official capacity as the Cabinet Secretary for the New Mexico Department of Health; JASON R. BOWIE, individually and in his official capacity as the Cabinet Secretary of the New Mexico Department of Public Safety, and W. TROY WEISLER, individually and in his official capacity as the Chief of the New Mexico State Police,
    *Defendants*.

**NOTICE OF APPEARANCE**

    Aragon Moss George Jenkins, LLP (Robert J. Aragon) hereby enters its appearance on behalf of the Plaintiffs, Zachary Fort, New Mexico Shooting Sports Association, Firearms Policy Coalition, Inc., and Second Amendment Foundation, in the above-styled and numbered cause of action.

    DATED: September 12, 2023

    Respectfully Submitted,

By:    */s/ Robert J. Aragon*
       Robert J. Aragon
       Aragon Moss George Jenkins, LLP
       2201 Menaul Blvd NE
       Albuquerque, NM 87107
       (505) 872-3022
       aragon@amgjlaw.com