AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| ZACHARY FORT et al., <br><br> *Plaintiff(s)* <br> v. <br> MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of New Mexico, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:23-cv-00778-DHU-LF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jason R. Bowie
New Mexico Department of Public Safety
4491 Cerrillos Road
Sante Fe, NM 87507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jordon P. George
Aragon Moss George Jenkins, LLP
2201 Menaul Blvd NE
Albuquerque, NM 87107
jordon@amgjlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, September 12, 2023



Bobbi Ceniceros
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00778-DHU-LF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jason R. Bowie New Mexico Dept. of Public Safety__
was received by me on *(date)* __09/12/2023__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Monique T. Barreras - Paralegal__, who is designated by law to accept service of process on behalf of *(name of organization)* __Jason R. Bowie - N.M. Dept. of Public Safety - 4491 Cerrillos Rd. Santa Fe, N.M. 87507__ on *(date)* __09/12/2023__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __09/12/2023__

_Manuel A Maestas_
Server's signature

Manuel A. Maestas
Printed name and title

ASAP PRIORITY LEGAL COURIER
MANUEL A. MAESTAS
1029 AVENIDA DE LAS CAMPANAS
SANTA FE, NM 87507     505-920-2727
Server's address

Additional information regarding attempted service, etc:

STATE OF
NEW MEXICO



DEPARTMENT OF
PUBLIC SAFETY

7/12/23
2:52pm

**MONIQUE T. BARRERAS**
PARALEGAL
OFFICE OF LEGAL AFFAIRS

P.O. BOX 1628
SANTA FE, NM 87504

PHONE: (505) 827-9039
FAX: (505) 827-3387
E-MAIL: MoniqueT.Barreras@state.nm.us