IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZACHARY FORT, NEW MEXICO SHOOTING SPORTS ASSOCIATION, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,
    *Plaintiffs*,

v.

MICHELLE LUJAN GRISHAM, individually and in her official capacity as the Governor of New Mexico, PATRICK M. ALLEN, individually and in his official capacity as the Cabinet Secretary for the New Mexico Department of Health; JASON R. BOWIE, individually and in his official capacity as the Cabinet Secretary of the New Mexico Department of Public Safety, and W. TROY WEISLER, individually and in his official capacity as the Chief of the New Mexico State Police,
    *Defendants*.

No. 1:23-cv-00778-DHU-LF

## CERTIFICATE OF SERVICE

COME NOW, Plaintiffs Zachary Fort, New Mexico Shooting Sports Association, Firearms Policy Coalition, Inc., and Second Amendment Foundation, by and through their attorneys of record, Aragon Moss George Jenkins, LLP (Jordon P. George), and hereby certifies that copies of the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction were served on the Office of the Attorney General on September 12, 2023, pursuant to N.M. R. Civ. P. Dist. Ct. 1-004(H), as evidenced by the following executed summons returns:

    1.    Executed summons return for Jason R. Bowie, c/o the Office of the Attorney General, attached hereto as **Exhibit A**;

2.       Executed summons return for Michelle Lujan Grisham, c/o the Office of the Attorney General, attached hereto as **Exhibit B**;

3.       Executed summons return for Patrick M. Allen, c/o the Office of the Attorney General, attached hereto as **Exhibit C**; and

4.       Executed summons return for W. Troy Weisler, c/o the Office of the Attorney General, attached hereto as **Exhibit D**.

Plaintiffs further certify that this Certificate of Service was electronically filed through the EC/EMF system on this 19th day of September 2023.

Respectfully Submitted,

**ARAGON MOSS
GEORGE JENKINS, LLP**

By:      /s/ *Jordon P. George*
         Jordon P. George
         2201 Menaul Blvd NE
         Albuquerque, NM 87107
         (505) 872-3022
         (505) 214-5317 (facsimile)
         jordon@amgjlaw.com