AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| ZACHARY FORT et al., <br><br> *Plaintiff(s)* <br> v. <br> MICHELLE LUJAN GRISHAM, in her official capacity as the Governor of New Mexico, et al. <br><br> *Defendant(s)* | Civil Action No. 1:23-cv-00778-DHU-LF |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* W. Troy Weisler
New Mexico Department of Public Safety    c/o NMAG
4491 Cerrillos Road
Sante Fe, NM 87507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jordon P. George
Aragon Moss George Jenkins, LLP
2201 Menaul Blvd NE
Albuquerque, NM 87107
jordon@amgjlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, September 12, 2023                     Bobbi Ceniceros
*Signature of Clerk or Deputy Clerk*

**EXHIBIT D**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00778-DHU-LF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* W. Troy Weisler, NM Dept. of Public Safety
was received by me on *(date)* 9/12/23

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Daniel J. Rios, Intake Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* New Mexico Attorney General 408 Galisteo St. Santa Fe, NM 87501 on *(date)* 9/12/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/12/23

Server's signature

Patricia Maestas
Printed name and title

1029 Avenida de las Campanas SF, NM 87507
Server's address

Additional information regarding attempted service, etc: