IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ZACHARY FORT, NEW MEXICO SHOOTING SPORTS ASSOCIATION, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br>    *Plaintiffs*,<br><br>v.<br><br>MICHELLE LUJAN GRISHAM, individually and in her official capacity as the Governor of New Mexico, PATRICK M. ALLEN, individually and in his official capacity as the Cabinet Secretary for the New Mexico Department of Health; JASON R. BOWIE, individually and in his official capacity as the Cabinet Secretary of the New Mexico Department of Public Safety, and W. TROY WEISLER, individually and in his official capacity as the Chief of the New Mexico State Police,<br>    *Defendants*. | Civil Action No. 1:23-cv-00778-DHU-LF<br><br><br><br>**SUPPLEMENTAL DECLARATION OF ZACHARY FORT IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

I, Zachary Fort, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein. I make this second declaration in support of plaintiffs' emergency motion for a temporary restraining order and preliminary injunction.

2. The statements in my earlier declaration filed in this case remain true and correct.

3. Since the initial emergency declarations were withdrawn, I have resumed regularly carrying a firearm with me in public for self-defense.

**EXHIBIT A**

4. I have carried firearms at parks in both Albuquerque and Bernalillo County in the past and I would carry them at parks again in the future if I could do so without threat of prosecution for violating the revised emergency declaration.

5. Specifically, in Bernalillo County, I would carry at Little Cloud Park.

DATED this 6th day of October, 2023.

_____
Zachary Fort
Treasurer
New Mexico Shooting Sports Association, Inc.