IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WE THE PATRIOTS USA, INC., *et al.* : <br>     *Plaintiffs*, : No. 1:23-cv-00773-DHU-LF <br> : <br> v. : <br> : Consolidated with: <br> MICHELLE LUJAN GRISHAM, individually and : <br> in her official capacity as the Governor of New : No. 1:23-cv-00771-DHU-LF <br> Mexico, *et al.*, : No. 1:23-cv-00772-DHU-LF <br>     *Defendants*. : No. 1:23-cv-00774-DHU-LF <br> : No. 1:23-cv-00778-DHU-LF <br> : No. 1:23-cv-00839-DHU-LF | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Zachary Fort, Firearms Policy Coalition, Inc., Second Amendment Foundation, and New Mexico Shooting Sports Association, Inc. hereby give notice that Case No. 1:23-cv-00778-DHU-LF, *Fort et al v. Grisham et al*, is voluntarily dismissed without prejudice. Defendants have not served an answer or motion for summary judgment in Case No. 1:23-cv-00778. Accordingly, notice of voluntary dismissal without prejudice is appropriate.

Respectfully Submitted,

**ARAGON MOSS
GEORGE JENKINS, LLP**

By:     */s/ Jordon P. George*
Jordon P. George
2201 Menaul Blvd NE
Albuquerque, NM 87107
(505) 872-3022
(505) 214-5317 (facsimile)
jordon@amgjlaw.com

*Attorneys for Plaintiffs Zachary Fort, Firearms Policy Coalition, Inc., Second Amendment Foundation, and New Mexico Shooting Sports Association, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 25, 2025, a copy of the foregoing was served by electronic filing with the Clerk of the Court via CM/ECF to all counsel of record.

*/s/ Jordon P. George*
Jordon P. George